IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TANYA PRSHEWLOZKY,

    Plaintiff,               No. CIV S-07-1044 FCD JFM PS

    vs.

JOHN E. POTTER, Postmaster General,

    Defendant.           <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se and has paid the filing fee.[1] Plaintiff seeks relief pursuant to and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        Plaintiff has filed various subpoenas for documents, some issued by the Northern District of California, and some issued by this court. However, plaintiff's efforts are premature. "[A] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)." Fed. R. Civ. P. 26(d), citing Fed. R. Civ. P. 26(f). Accordingly, plaintiff's July 27, 2007 request that this court order the U.S. Marshal to serve the subpoena on Dr. Carroll

---

[1] Plaintiff paid $350.00 on July 25, 2007 in CIV S-07-1359 LKK DAD PS. That filing fee was transferred to the instant case. (<u>Id.</u>, September 17, 2007 Order.)

1

Brodsky, M.D., will be denied as premature. Plaintiff's August 28, 2007 request to add served subpoenas will also be denied.

The July 19, 2007 first amended complaint states a cognizable claim for relief. If the allegations of the first amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis is granted.

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed July 19, 2007.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. One completed summons;

    b. One completed USM-285 form for defendant Potter; and

    c. Two copies of the endorsed amended complaint filed July 19, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

5. Failure to comply with this order may result in a recommendation that this action be dismissed.

6. Plaintiff's July 27, 2007 and August 28, 2007 requests are denied.

DATED: September 18, 2007.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

001; prshew.ifp

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TANYA PRSHEWLOZKY,

      Plaintiff,                         No. CIV S-07-1044 FCD JFM PS

    vs.

JOHN E. POTTER, Postmaster General,      NOTICE OF SUBMISSION

      Defendants.                       OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    completed summons form

    _____    completed USM-285 forms

    _____    copies of the amended complaint

DATED:

                                                  _____
                                                  Plaintiff