IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TANYA PRSHEWLOZKY,

    Plaintiff,                  No. CIV S-07-1044 FCD JFM PS

    vs.

JOHN E. POTTER, Postmaster General,

    Defendants.              ORDER

_____/

        On September 28, 2007, plaintiff filed objections to the findings and recommendations issued in CIV S-07-1359 LKK DAD PS[1] in which she objected to the dismissal of 07-1359 because administrative proceedings underlying that action have terminated and the instant action is not yet ripe as administrative proceedings are still pending.  Plaintiff asks the court to rescind the instant case.

        This court construes plaintiff's filing as a request that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.  In light of the voluntary dismissal, the Clerk of the Court will be directed to return the filing fee to CIV S-07-1359 LKK DAD PS and this court's order of September 18, 2007 will be vacated.

/////

/////

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to transfer plaintiff's July 25, 2007 filing fee from Case No. CIV S-07-1044 FCD JFM PS to Case No. CIV S-07-1359 LKK DAD PS.

2. The September 18, 2007 order is vacated.

3. This action is dismissed without prejudice.

DATED: October 9, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; prshew.59